IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LOCKETT, aka
MICHAEL CARTER,

    Petitioner,               No. CIV S-06-2014 FCD KJM P

  vs.

R. RYAN, Warden,

    Respondent.         ORDER

                              /

        Petitioner has requested an extension of time to file and serve an opposition to respondent's May 22, 2007 motion to dismiss.

        In addition, petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

1   Good cause appearing, IT IS HEREBY ORDERED that:

2   1. Petitioner's June 20, 2007 request for an extension of time is granted;

3   2. Petitioner shall file and serve an opposition to defendant's May 22, 2007
4   motion to dismiss on or before July 22, 2007; and

5   3. Petitioner's June 20, 2007 motion for appointment of counsel is denied without
6   prejudice to a renewal of the motion at a later stage of the proceedings.

7   DATED: July 2, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
lock2014.111+110